

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-16-00463-CR

**IN RE** Robert **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Jason Pulliam, Justice

On July 26, 2016, Relator filed a petition for writ of mandamus. The court has determined that the mandamus petition is now moot. Accordingly, the petition for writ of mandamus is DISMISSED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on August 19, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013CR6698, styled *Ex parte Robert Martinez, Jr.*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.